# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RAY PERRIDON,<br><br>        Plaintiff,<br><br>   v.<br><br>MATTHEW CATE, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:10-cv-00527-SMS PC<br><br>ORDER GRANTING DEFENDANT CATE'S REQUEST FOR RELIEF FROM RESPONDING TO THE COMPLAINT, AND FOR A THIRTY DAY EXTENSION OF TIME TO RESPOND TO THE COMPLAINT, TO COMMENCE UPON ISSUANCE OF SCREENING ORDER<br><br>(Doc. 1)<br><br>ORDER REQUIRING DEFENDANT TO CONSENT TO OR DECLINE MAGISTRATE JUDGE JURISDICTION WITHIN THIRTY DAYS<br><br>(Doc. 3) |

     Plaintiff Steven Ray Perridon is a state prisoner proceeding pro se in this civil action. Defendant Cate removed the action from Kern County Superior Court on March 24, 2010. 28 U.S.C. § 1441(b). Defendant requests to be relieved of his obligation to respond to the complaint pending screening by the Court pursuant to 28 U.S.C. § 1915A. Fed. R. Civ. P. 81(c). Defendant seeks a thirty-day extension of time to respond to the complaint, to commence upon issuance of the screening order.

     Defendant's request is HEREBY GRANTED, and Defendant shall have **thirty (30) days** to file a response to the complaint, to commence upon issuance of the screening order. Defendant is

///

1

ORDERED to consent to or decline Magistrate Judge jurisdiction within **thirty (30) days**, in compliance with the order filed March 25, 2010.

IT IS SO ORDERED.

**Dated:   July 30, 2010**            /s/ Sandra M. Snyder
                              UNITED STATES MAGISTRATE JUDGE